UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                               #15 Cr 356 (JFK)

    Theodore Williams

------------------------------X

The VOSR conference is adjourned from June 23, 2022 to Tuesday, June 28, 2022 at 11:30 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

6-13-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-13-22