UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-                                  #15 Cr 356 (JFK)

     Theodore Williams

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-24-22

The VOSR conference, set for June 28, 2022 has been rescheduled from 11:30 a.m., to 12:30 pm in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

6-24-22

JOHN F. KEENAN
United States District Judge