```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   15 Cr. 356 (JFK)
       -against-                        :
                                        :         ORDER
                                        :
Theodore Williams,                      :
                                        :
                    Supervisee          :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-22

**The Honorable John F. Keenan, United States District Judge:**

IT IS HEREBY ORDERED THAT:

For the reasons stated at the Violation of Supervised Release conference on June 28, 2022, the conditions of supervised release for the supervisee, Theodore Williams, shall be modified to include participation in a mental health treatment program at a treatment facility approved by the United States Probation Office. Mr. Williams shall abide by all rules and regulations of the outpatient treatment program and maintain successful participation in the program until he successfully completes all program requirements.

In addition, Mr. Williams' conditions of supervised release shall be further modified to include Stand Alone Location Monitoring, as directed by the United States Probation Office, for a period of six (6) months from the date of the conference on June 28, 2022.

All other existing conditions of Mr. Williams' supervised release shall remain in effect.

Dated: New York, New York
July 13, 2022

SO ORDERED:

_____
JOHN F. KEENAN
United States District Judge