```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   UNITED STATES OF AMERICA                                  :
                                                             :
                                                             :   15 Cr. 356-06 (LGS)
                    -against-                                :
                                                             :   ORDER
   THEODORE WILLIAMS,                                        :
                                        Defendant,           :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS this matter has been assigned to me for all purposes.  It is hereby

**ORDERED** the parties shall file a joint status letter by **September 19, 2022,** informing the Court of the status of Defendant Theodore Williams' compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.  It is further

**ORDERED** that the hearing currently scheduled for September 21, 2022, is adjourned *sine die*.

Dated: September 12, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**