UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA      :

                                         :      15 Cr. 356-06 (LGS)

        -against-                :

                                         :      <u>ORDER</u>

THEODORE WILLIAMS,             :

                           Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court has received the Probation Department's Violation Petition dated October 31, 2022, alleging six instances where Defendant Theodore Williams violated the conditions of his supervised release.

WHEREAS on November 15, 2022, the Court issued a summons for Defendant to appear on January 9, 2023, at 10:30 a.m. to answer to specifications alleged in the Violation Report.

WHEREAS a status conference is currently scheduled for December 12, 2022, at 10:30 a.m.  It is hereby

**ORDERED** the parties shall file a joint status letter by **January 3, 2023,** informing the Court of the status of Defendant Theodore Williams' compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.  The December 7, 2022 status letter is deadline is canceled.  It is further

**ORDERED** that the status conference currently scheduled for December 12, 2022, is adjourned to **January 9, 2023, at 10:30 a.m.**

The Government is directed to transmit a copy of this Order to the Probation Office.

Dated: November 15, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE