

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2023

**BY ECF and Email**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. The parties shall file a joint letter on **April 13, 2023.** The status conference currently scheduled for April 10, 2023, is adjourned to **April 24, 2023, at 11:15 a.m.** The Clerk of the Court is directed to terminate the letter motion at docket number 138.
>
> Dated: April 7, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Theodore Williams*, **15 Cr. 356 (LGS)**

Dear Judge Schofield:

The parties respectfully request that the conference scheduled for April 10, 2023, be adjourned for approximately one week to allow the parties to further discuss a potential resolution regarding the pending violation of supervised release specifications. The parties intend to file a status letter no later than April 13, 2023. The parties are available for a conference on April 19, 2023, after 2:00 p.m., or any time on April 20, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *[signature]*
　　　Jeffrey W. Coyle
　　　Assistant United States Attorneys
　　　(212) 637-2437

cc:   Marc Greenwald, Esq. (by ECF)