UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-

THEODORE WILLIAMS,
                         Defendant.
------------------------------------------------------------ X

15 Cr. 356 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held on April 24, 2023. It is hereby

**ORDERED** that by **June 7, 2023**, the Government shall file a letter proposing next steps including whether the Probation Office intends to amend it violation report to add any new specifications. Defendant's response, if any, shall be filed by **June 9, 2023**. It is further

**ORDERED** that a status conference shall be held on **June 12, 2023, at 11:45 a.m**.

Dated: April 24, 2023
        New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE