UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
:                      15 Cr. 356 (LGS)
-against-                     :
:                      ORDER
THEODORE WILLIAMS,                          :
                                Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on June 13, 2023, Defendant was sentenced to Time Served followed by a term of supervision of six months.

WHEREAS a status conference is currently scheduled for January 16, 2024, at 10:20 a.m.

WHEREAS Defendant's term of supervision has expired, and the Probation Department did not file a violation of supervised release report and petition in advance of the expiration of Defendants term of supervision.  It is hereby

**ORDERED** that the status conference currently scheduled for January 16, 2024, is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.

Dated: January 3, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**